**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NANCY A. BOYNTON and PATRICIA BEEKES,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and SANTANDER BANK, N.A.,<br><br>    Defendants.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Counter-Claimant,<br><br>v.<br><br>NANCY A. BOYNTON and PATRICIA BEEKES,<br><br>    Counter-Defendants. | C.A. No. 1:15-cv-00350-M-LDA |

**DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S OBJECTION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

In accordance with Fed. R. Civ. P. 56, DRI LR 7, and DRI LR 56, Defendant and Counter-Claimant, Federal National Mortgage Association ("Fannie Mae"), objects to the Motion for Summary Judgment filed by Plaintiffs and Counter-Defendants, Nancy A. Boynton and Patricia Beekes ("Plaintiffs"), on Fannie Mae's Counterclaim for Judicial Foreclosure (ECF No. 33). In support of Fannie Mae's objection, Fannie Mae submits a supporting Memorandum of Law and a Statement of Disputed Facts.

2

Respectively submitted,

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

By Its Attorneys,

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
Ethan Z. Tieger, Bar No. 9308
HINSHAW & CULBERTSON LLP
321 South Main Street
Suite 301
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com
etieger@hinshawlaw.com

Dated: July 31, 2017

## REQUEST FOR ORAL ARGUMENT

In accordance with DRI LR 7(e), Federal National Mortgage Association requests a hearing on Plaintiff's Cross-Motion for Summary Judgment and estimate that one hour will be required.

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 31, 2017.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha