**Santander**

Return Mail Service Only
P.O. Box 619063
Dallas, TX 75261-9063

Representation Of Printed Document

7-724-51977-0000010-001-000-000-000-000

NANCY A BOYNTON
PATRICIA BEEKES
4 CASSISI CT
N PROVIDENCE RI 02904-4845

**Escrow Account Disclosure Statement**
**Notice of Payment Change**

LOAN NUMBER:
DATE:   NOVEMBER 25, 2013

Customer Service: 1-800-232-5200

Hours: 8:00 a.m. to 7:00 p.m. (ET) Monday through Friday

Email us at: mortserv@santander.us

At least once every 12 months, Santander Bank, N.A. reviews the amount of Real Estate Taxes, and Insurance paid from your escrow account.  This review, called an Aggregate Escrow Analysis, determines if any of these items have increased or decreased from the previous year.  If there was an increase or decrease, your payment will be adjusted.

## Mortgage Payment

**New Payment Amount:**   $1,296.60

| BREAKDOWN | PRIOR ANALYSIS | NEW ANALYSIS |
|---|---|---|
| Principal/Interest | 988.20 | 988.20 |
| Escrow Payment | 339.48 | 308.40 |
| TOTAL PAYMENT | 1,327.68 | 1,296.60 |

**New Payment Effective:**   January 1, 2014

If the Anticipated Low Point balance (ALP) is greater than the Required Low Point balance (RLP), then you have an escrow surplus ....  Your escrow surplus is ...   $1,068.29

Federal law requires any surplus of $50.00 or more be automatically refunded to you.

* If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

## Projections for the Coming Year

ANTICIPATED ESCROW DISBURSEMENT

| | |
|---|---|
| MUNICIPAL TAX | 3,700.83 |
| TOTAL DISBURSEMENTS | 3,700.83 |
| ESCROW PAYMENT | 308.40 |
| (TOTAL DISBURSEMENTS DIVIDED BY 12 PAYMENTS) | |

### PROJECTIONS FOR THE COMING YEAR

| Date | Payments | Disbursements | Description | Balance | Required |
|---|---|---|---|---|---|
| | | | STARTING ESCROW BALANCE | 1,993.52 | 925.23 |
| JAN 14 | 308.40 | 0.00 | | 2,301.92 | 1,233.63 |
| FEB 14 | 308.40 | -925.20 | MUNICIPAL TAX | 1,685.12 | 616.83 |
| MAR 14 | 308.40 | 0.00 | | 1,993.52 | 925.23 |
| APR 14 | 308.40 | 0.00 | | 2,301.92 | 1,233.63 |
| MAY 14 | 308.40 | -925.20 | MUNICIPAL TAX | 1,685.12 | 616.33 |
| JUN 14 | 308.40 | 0.00 | | 1,993.52 | 925.23 |
| JUL 14 | 308.40 | 0.00 | | 2,301.92 | 1,233.63 |
| AUG 14 | 308.40 | -925.23 | MUNICIPAL TAX | 1,685.09 ALP | 616.80 RLP |
| SEP 14 | 308.40 | 0.00 | | 1,993.49 | 925.20 |
| OCT 14 | 308.40 | 0.00 | | 2,301.89 | 1,233.60 |
| NOV 14 | 308.40 | -925.20 | MUNICIPAL TAX | 1,685.09 | 616.80 |
| DEC 14 | 308.40 | 0.00 | | 1,993.49 | 925.20 |

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Santander Bank, N.A. retains rights under its security instrument, including the right to foreclosure its lien.

See reverse side for History Information.

## Determining Your Escrow Shortage/Surplus

| | |
|---|---|
| Anticipated Low Point (ALP) | 1,685.09 |
| Required Low Point (RLP) | 616.80 |
| ESCROW SURPLUS | 1,068.29 |

* Your escrow balance may contain a cushion (RLP).  A cushion is an amount of money held in your escrow account to prevent your escrow balance from being overdrawn when increases in the disbursements occur.
* RESPA/Federal law, authorizes a maximum escrow cushion not to exceed 1/6th of the total annual anticipated escrow disbursements made during the above cycle.  Private Mortgage Insurance (PMI), if any is not included in the cushion.
* If the anticipated low point calculation (ALP) is less than the required low point (RLP), you have a shortage.
* If the anticipated low point calculation (ALP) is more than the required low point (RLP), you have a surplus.

Name:
NANCY A BOYNTON
PATRICIA BEEKES

**ESCROW SUMMARY**

Loan Number:

Your escrow account has a surplus balance of $ __1,068.29__ .  Due to the past due status of your loan, these funds are being retained in your escrow account.

SAN0001052

## YOUR NEW PAYMENT FOR THE COMING YEAR

| BREAKDOWN | PRIOR ANALYSIS | NEW ANALYSIS |
|---|---|---|
| Principal/Interest | 988.20 | 988.20 |
| Escrow Payment | 339.48 | 308.40 |
| TOTAL PAYMENT | 1,327.68 | 1,296.60 |

If the Anticipated Low Point balance (ALP) is greater than the Required Low Point balance (RLP), then you have an escrow surplus....  Your escrow surplus is... $1,068.29

Federal law requires any surplus of $50.00 or more be automatically refunded to you.

» If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## ACCOUNT HISTORY

LOAN NUMBER:                                                                    DATE:  NOVEMBER 25, 2013

This is a statement of your actual escrow account transactions beginning January, 2013 and ending December, 2013. Next to the Actual Activity is the Anticipated Activity. Anticipated Activity represents the transactions we had projected as occurring during this cycle. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. We are providing it to you for information purposes. It does not require any action on your part.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Payment(s) received were less than OR greater than expected
- Payment(s) received earlier OR later than expected
- Previous overage was returned to escrow
- Previous deficiency/shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

1-800-232-5200          Email us at: mortserv@santander.us

| MONTH | PAYMENTS TO ESCROW ANTICIPATED | ACTUAL | ANTICIPATED | PAYMENTS FROM ESCROW DESCRIPTION | ACTUAL | DESCRIPTION | ESCROW BALANCE ANTICIPATED | ACTUAL |
|---|---|---|---|---|---|---|---|---|
| | | | | STARTING BALANCE | | | 0.00 | -12,221.08 |
| JAN | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | -12,221.08 |
| FEB | 0.00 | 0.00 | 0.00 * | | 919.87 | MUNICIPAL TAX | 0.00 | -13,140.95 |
| MAR | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | -13,140.95 |
| APR | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | -13,140.95 |
| MAY | 0.00 | 0.00 | 0.00 * | | 919.87 | MUNICIPAL TAX | 0.00 | -14,060.82 |
| JUN | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | -14,060.82 |
| JUL | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | -14,060.82 |
| AUG | 0.00 | 0.00 | 0.00 * | | 925.23 | MUNICIPAL TAX | 0.00 | -14,986.05 |
| SEP | 0.00 | 0.00 | 0.00 * | | 1,571.00 | FORCED PLACE HO | 0.00 | -16,557.05 ALP |
| OCT | 0.00 * | 1,571.00 | 0.00 | | 0.00 | | 0.00 | -14,986.05 |
| NOV | 0.00 | 0.00 | 0.00 * | | 925.20 | MUNICIPAL TAX | 0.00 | -15,911.25 |
| DEC | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 | -15,911.25 |
| TOTAL | 0.00 | 1,571.00 | 0.00 | | 5,261.17 | | | |

Under federal law, when your actual escrow balance reaches its lowest point, that balance is targeted not to exceed 1/6th of the annual anticipated disbursements or $616.80. Your loan documents or state law may specify a lower amount.

Under your mortgage contract or state or federal law, your targeted low point escrow balance (TLP) was $616.80. Your actual low point escrow balance (ALP) was -$16,557.05.

An asterisk (*) indicates a difference in either the amount or date. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

2-136 Escrow Analysis - Surplus Delinq. Rev. 10/17/13

SAN0001053